**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000045
06-JAN-2025
08:24 AM
Dkt. 66 OAWST**

NO. CAAP-24-0000045

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CELESTE M. GONSALVES, Plaintiff-Appellant, v.
NAVIAN HAWAII - CHRISTY EDMONDS,
as Director of Clinical Operations, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-23-0001666)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal With Prejudice (Stipulation), filed December 20, 2024, by Defendant-Appellee Navian Hawaii - Christy Edmonds, the papers in support, and the record, it appears that (1) the filing fees have been paid and the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by all self-represented parties and counsel for all other appearing parties. Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, January 6, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge